Paul Thomas AZ2563
Name and Prisoner/Booking Number

Lancaster
Place of Confinement

P.O. Box 4610
Mailing Address

Lancaster, Ca. 93539
City, State, Zip Code

**FILED**

JAN 27 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

Paul Anthony Thomas                ,  )
(Full Name of Plaintiff)     Plaintiff,  )
                                         )
                                         )
                                         )
v.                                       )
                                         )  CASE NO. 2:22 - CV 0177 - ____ EFBPC
(1) SGT. Ware                        ,  )           (To be supplied by the Clerk)
(Full Name of Defendant)                 )
(2) C/o Avila                        ,  )
                                         )  **CIVIL RIGHTS COMPLAINT**
(3) Doe Correctional Staff, several, )        **BY A PRISONER**
                                         )
(4)                                  ,  )
                      Defendant(s).      )  ☑ Original Complaint
☑ Check if there are additional Defendants and attach page 1-A listing them.  )  ☐ First Amended Complaint
                                         )  ☐ Second Amended Complaint

### A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    - ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    - ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
    - ☐ Other: _____

2.  Institution/city where violation occurred: New Folsom

Revised 3/15/2016

1

## B. DEFENDANTS

1. Name of first Defendant: _CG7. Ware_. The first Defendant is employed as:
_SGT_ at _New Folsom_.
(Position and Title)                              (Institution)

2. Name of second Defendant: _c/o Avila_. The second Defendant is employed as:
_Correctional officer_ at _New Folsom_.
(Position and Title)                              (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as:
_____ at _____.
(Position and Title)                              (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
_____ at _____.
(Position and Title)                              (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?     ☐ Yes     ☑ No

2. If yes, how many lawsuits have you filed? _Ø_. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _NA_ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____

   b. Second prior lawsuit:
      1. Parties: _NA_ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____

   c. Third prior lawsuit:
      1. Parties: _NA_ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: cruel & unusual punishment as well as a victim of excessive force.

2. **Claim I.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☑ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

During Third watch in New Folsom Building, B-1 cell number #203 (I was a victim of BAD excessive Force) due to protesting in the form of a hunger strike due to lack of program in New Folsom EOP Hub. SGT. Ware of B-yard and C/o Avila approached my door in an aggressive manor preparing retaliation by causing physical harm to me. I/P, Paul Thomas A22565 for being on a hunger strike. The SGT. SGT Ware is responsible by allowing C/o Avila to initiate this cruel act by instructing the 3rd watch B-1 tower to open my door to conflict harm on me. I was grabed, slammed to the ground miked, kneed to the face, and violated by not being given the opportunity to place on clothing prior to bird bathing in my assigned cell B-1 #203. Several (Doe correctional) officers are responsible as well. on 7-18-2021 I was told by a inmate in A-Section, top tier that SGT. Ware and c/o avila were responsible for striking me as well as I layed on my stomach in restraints remaing the victim of excessive force.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

I suffered two bumps on my head, lacerations on my forehead & scalp. Swelling on my stomach and groin. Redness under my eyelids, and chronic pain in my face. a completed 7219 by medical was performed.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? Yes!  ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim I?  ☑ Yes  ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?  ☑ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
   _____

## CLAIM II

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____.
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☐ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim II?    ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?    ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
   _____.

4

## CLAIM III

1.  State the constitutional or other federal civil right that was violated: _____
    _____

2.  **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
    - ☐ Basic necessities
    - ☐ Mail
    - ☐ Access to the court
    - ☐ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☐ Excessive force by an officer
    - ☐ Threat to safety ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

    _____
    _____
    _____

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
    b.  Did you submit a request for administrative relief on Claim III? ☐ Yes ☐ No
    c.  Did you appeal your request for relief on Claim III to the highest level? ☐ Yes ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
    _____

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

I want to be reimbursed in the amount of $1,000,000.00

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___( ) - 15 -22)___          _Paul Thomas_
                 DATE                      SIGNATURE OF PLAINTIFF

_Paul Thomas_
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_N/A_
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages.  If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.