UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL THOMAS, | No. 2:22-cv-0177-EFB P |
| Plaintiff, | |
| v. | ORDER |
| WARE, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel and in forma pauperis in an action brought under 42 U.S.C. § 1983. Plaintiff moves to rescind his consent to the magistrate judge's jurisdiction. ECF No. 11. Because this action has not yet been reassigned to the undersigned for all purposes including trial, plaintiff may withdraw his consent without demonstrating good cause or extraordinary circumstances. *See* 28 U.S.C. § 636(c); *Dixon v. Ylst*, 990 F.2d 478, 480 (9th Cir. 1993) ("Once a civil case is referred to a magistrate judge under section 636(c), the reference can be withdrawn by the court only 'for good cause shown on its own motion, or under extraordinary circumstances shown by any party.'"). Accordingly, in the interests of justice, the court will grant plaintiff's request to rescind his consent, and his consent to the jurisdiction of the undersigned magistrate judge will be deemed withdrawn. Nevertheless, under Local Rule 302(c)(17), the undersigned will continue to issue orders on non-dispositive motions and findings and recommendations on dispositive motions.

Accordingly, in the interest of justice, the court will grant plaintiff's motion to rescind his consent (ECF No. 11) and direct the Clerk of the Court to randomly assign a United States District Judge to this action.

So ordered.

Dated: March 10, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE