IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUL THOMAS,**<br><br>            Plaintiff,<br><br>     v.<br><br>**WARE, et al.,**<br><br>            Defendants. | Case No. 2:22-cv-00177-TLN-EFB<br><br>[~~PROPOSED~~] ORDER |

The Office of the Attorney General is specially appearing in this matter to request an extension of time to execute service waivers. Good cause appearing, the first request for an extension of time in which to execute service waivers for Defendant Ware is GRANTED. Defendant Ware will have thirty days from the date of this order to execute waivers of service.

Dated:  April 19, 2022.

*[signature]*

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE