1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12    **PAUL THOMAS,**                          Case No. 2:22-cv-00177-TLN-EFB

                                  Plaintiff,    **[PROPOSED] ORDER**
13

14              v.

15    **WARE, et al.,**

16                                Defendants.

17

18        Defendants request a forty-five (45) day extension of the deadline to file a responsive

19    pleading in this matter.  After reviewing Defendants' request, and good cause appearing,

20    Defendants' request is GRANTED.  The deadline to file a responsive pleading is extended by

21    forty-five (45) days, up to and including June 30, 2022.

22

23    Dated:  May 17, 2022.

24    _____

25        EDMUND F. BRENNAN
          UNITED STATES MAGISTRATE JUDGE
26

27

28

                                                        [Proposed] Order (2:22-cv-00177-TLN-EFB)