IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL THOMAS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>WARE, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:22-cv-00177-TLN-EFB (PC)<br><br>[PROPOSED] ORDER |

　　Defendants request the Court extend the current discovery deadline of October 28, 2022, to November 28, 2022.  Good cause appearing, Defendants' request is GRANTED. Defendants have thirty days from the current discovery deadline to serve written discovery requests, up to and including November 28, 2022.

　　IT IS SO ORDERED.

Dated:  September 9, 2022.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE