UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL THOMAS,<br><br>   Plaintiff,<br><br>   v.<br><br>WARE, et al.,<br><br>   Defendants. | No. 2:22-cv-0177-TLN-EFB (PC)<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On November 3, 2022, plaintiff filed his responses to defendants' requests for admissions. ECF No. 25. Plaintiff must, however, serve his responses to discovery on defense counsel rather than filing them with the court *See* E.D. Cal. Local Rules 250.2-250.4.

Accordingly, it is HEREBY ORDERED that plaintiff's November 3, 2022 filing (ECF No. 25) is disregarded.

Dated: November 10, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE