IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUL THOMAS,**<br><br>Plaintiff,<br><br>v.<br><br>**WARE, et al.,**<br><br>Defendants. | Case No. 2:22-cv-00177-TLN-EFB<br><br>[~~PROPOSED~~] ORDER |

Defendants request the Court extend the current motion to compel and dispositive motion deadlines by sixty (60) days. Good cause appearing, Defendants' request is GRANTED. Defendants have sixty (60) days from the current motion to compel deadline to file a motion to compel, up to and including January 27, 2023. Defendants have sixty (60) days from the current dispositive motion deadline to file a dispositive motion, up to and including March 28, 2023.

Dated:  November 29, 2022.

_/s/ Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE