# CERTIFICATE OF SERVICE

Case Name:   **Paul Thomas (AZ2563) v. Ware, et al.**   No.   **2:22-cv-00177-TLN-EFB (PC)**

I hereby certify that on **January 27, 2023**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY RESPONSES;**
- **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL DISCOVERY RESPONSES;**
- **SUPPORTING G. SEUELL DECLARATION (Exhibits A – C)**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On **January 27, 2023**, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Paul Anthony Thomas (AZ-2563)**
**California State Prison - Sacramento**
**P.O. Box 290001**
**Represa, CA  95671**

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **January 27, 2023,** at Sacramento, California.

|  |  |
|---|---|
| K. Jeffers | */s/ K. Jeffers* |
| Declarant | Signature |

SA2022301369
36884210.docx