Paul A. Thomas # AZ-2563
CSP-SAC
P.O. Box 290066
Represa, Ca 95671

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

PAUL A. THOMAS

v.

WARE, et al.,

No. 2:22-CV-00177-TLN-EFB
PLAINTIFFS OBJECTIONS TO COURTS ORDER TO COMPEL § Rule 12/REQUEST FOR COURT ORDER.

Plaintiff Paul A. Thomas hereby objects to the Magistrate Judges Order dated March 30, 2023 and hereby states:

1. Plaintiff has and continues to try and get into his C-file in order to obtain any and or all of the documents the defense has request during discovery, but without either a court order directed at CSP Sacramento Warden Lynch to have him instruct his counselor who handles the plaintiffs 'C-file' or grant an extension of time to the plaintiff so that he can resubmit a CDCR 602 and or submit a request for olsen review forms, he will be unable to respond to the defendants request. The plaintiff is a willing participant and only seeks justice.

1. of 2.

2. On or about 1/6/23 the plaintiff submitted a CDCR 602 and it was logged #00377170 however the CDCR is unwilling to provide the documents to the plaintiff, again, because they were given to him before this action was filed, they have since been lost. (See Exhibit A copy of Grievance Decision "CDCR 602")

In Conclusion the plaintiff will need a Court order directed at CSP-SACRAMENTO's WARDEN LYNCH in order to get the documents the defense has requested. Otherwise the Continued request for documents that the plaintiff CANNOT ACCESS on is own authority.

Date: 4/18/23
Signature: P. Thomas

# EXHIBIT COVER PAGE  A

EXHIBIT

Description of this Exhibit: CDCR 7362, Office of Grievances Decision

Number of pages to this Exhibit: 2 pages.

JURISDICTION: (Check only one)

- [ ] Municipal Court
- [ ] Superior Court
- [ ] Appellate Court
- [ ] State Supreme Court
- [x] United States District Court
- [ ] State Circuit Court
- [ ] United States Supreme Court
- [ ] Grand Jury

## Decision: Denied

After a thorough review of all the documents and evidence presented to the Office of Grievances, it is the order of the Office of Grievances to DENY this claim.

If you are dissatisfied with this response you may appeal this decision by mailing the CDCR Form 602-2 included in this response to the California Department of Corrections and Rehabilitation, Office of Appeals. Do not resubmit this claim to the Office of Grievances.

| Staff Signature | Title | Date/Time |
|---|---|---|
| J. Prudhel [PRJO002] | Reviewing Authority | 04/10/2023 |


CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# OFFICE OF GRIEVANCES DECISION

**Offender Name:** THOMAS, PAUL ANTHONY  
**CDC#:** AZ2563  
**Current Location:** SAC-Facility B

**Date:** 04/11/2023  
**Current Area/Bed:** B 005 2 - 020001U

**Log #:** 000000377176

## Claim #: 001

**Received at Institution/Parole Region:** California State Prison, Sacramento  
**Submitted to Facility/Parole District:** SAC-Facility B  
**Housing Area/Parole Unit:**  
**Category:** Offender Classification  **Sub-Category:** Other Classification Issue - NOS

### I. CLAIM

The claimant is requesting copies of all documentation pertaining to an incident that occurred on July 17, 2021, at California State Prison Sacramento pertaining to an ongoing court case he is involved in. Claimant alleges they have not received any documents from that day due to being retaliated against for potentially of exposing Sergeant Ware and Officer Avila of staff misconduct.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

California Code of Regulations (CCR), Title 15, Section(s):

3320 - Hearing Procedures and Time Limitations  
3481 - Claimant's Ability to Grieve and to Appeal

#### B. DOCUMENTS CONSIDERED

Grievance Log No. 377176  
RVR Log No. 7104821  
Incident Report Log No. 25226

### III. REASONING AND DECISION

The grievance, RVR Log No. 7104821, and Incident Report Log No. 25226, dated July 17, 2021, were reviewed. A review of the claimant's Disciplinary section in the Strategic Offender Management (SOMS) shows that claimant was served a copy of the District Attorney (DA) referral and Incident Report No. 25226, with all documents pertaining to the incident on July 17, 2021. These documents were served to the claimant on December 16, 2021, by Officer J. Capossele.

Staff did not violate CDCR policy with respect to one or more of the issues raised in this grievance. ALL STAFF PERSONNEL MATTERS ARE CONFIDENTIAL IN NATURE. As such, the details of supervisorial reviews will not be shared with offender claimants. A variety of personnel actions may be initiated by the Department based upon the content of your allegation. If you wish to appeal the decision and/or exhaust administrative remedies, you must appeal to the Office of Appeals.

### IV. Comments

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☒ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|
| NAME  Trujillo, Paul | CDCR NUMBER  T-1563 | | HOUSING  B5-113 | |
| PATIENT SIGNATURE | | | DATE  03/17/2023 | |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) COPIES OF PHYSICIAN NOTES, X-RAYS, MENTAL HEALTH NOTES FROM ... ... ... ... ... THE DAY OF JULY 13, 2021

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

# PROOF OF SERVICE

(C.C.P. §§1013(a); 2015.5, 28 U.S.C. §1746)

I, 4/18/23, am over the age of eighteen (18) years, and I (am) (am not) a party to the within cause of action. My address is:

CSP-SAC-B-5-220
P.O. Box 290066
Represa, Ca. 95671

On 4/18/23, I served the following documents:

"Plaintiff OBJECTIONS" Request for Court Order

on the below named individual(s) by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows:

1. U.S. District Court for The E. Dist. of California 2500 Tulare St. #1501 Fresno Ca. 93721-1318

2. Dept. of Justice Office of the Attorney General

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this 18th day of April, 2023, at California State Prison - Sacramento, Represa, California.

X (Signature) P. Thomas