Rob Bonta, State Bar No. 202668
Attorney General of California
Tyler V. Heath, State Bar No. 271478
Supervising Deputy Attorney General
Garrett L. Seuell, State Bar No. 323175
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6144
  Fax: (916) 324-5205
  E-mail: Garrett.Seuell@doj.ca.gov
*Attorneys for Defendants J. Ware and J Avila*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **PAUL THOMAS,** | 2:22-cv-00177-EFB |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| **WARE, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants' motion to modify the Court's discovery and scheduling order (ECF No. 36) is GRANTED. Defendants' deadline to complete discovery is vacated until the Court rules on Defendants' pending motion to compel. The deadline to file dispositive motions is also vacated until the Court rules on Defendants' pending motion to compel.

Dated:   June 6, 2023

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE