UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ANTHONY THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>WARE, et al.,<br><br>    Defendants. | No. 2:22-cv-00177-TLN-EFB (PC)<br><br>ORDER |

Plaintiff proceeds without counsel in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

On February 13, 2024, the court vacated the dispositive motion deadline pending the court's consideration of defendants' motion to dismiss (ECF No. 52). ECF No. 53. On September 17, 2024, the court denied the motion to dismiss. ECF No. 60. Accordingly, it is HEREBY ORDERED that dispositive motions in this action shall be filed on or before May 19, 2025. All other provisions of the existing schedule (ECF No. 22) remain in effect as modified by subsequent court orders.

Dated: April 16, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1