1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    PAUL ANTHONY THOMAS,                    No.  2:22-cv-0177-TLN-EFB (PC)

12              Plaintiff,

13         v.                                 ORDER

14    WARE, et al.,

15              Defendants.

16

17         Plaintiff filed a motion for extension of time to respond to defendants' May 16, 2025

18   motion for summary judgment.  Good cause appearing, IT IS HEREBY ORDERED that:

19         1.  Plaintiff's motion for an extension of time (ECF No. 72) is granted; and

20         2.  Plaintiff is granted thirty days from the date of this order in which to file a response to

21   the motion for summary judgment.

22

23   Dated: October 7, 2025

                                              EDMUND F. BRENNAN
24                                            UNITED STATES MAGISTRATE JUDGE

25

26

27

28

                                               1