UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PAUL ANTHONY THOMAS,

Plaintiff,

v.

WARE, et al.,

Defendants.

No. 2:22-cv-00177-TLN-EFB

**ORDER**

Plaintiff Paul Anthony Thomas ("Plaintiff") proceeds without counsel in this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 12, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 80.)  Defendants have filed objections to the findings and recommendations.  (ECF No. 82.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 12, 2026 (ECF No. 80), are ADOPTED IN FULL;

2. Defendants' motion for summary judgment (ECF No. 68) is DENIED; and

3. The matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Date: March 19, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2